IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00333-JLK

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. FLORY ILEANA CASCANTE DE OLIVAS,
  a/k/a Sandra Lee Marrufo-Mendoza,

  Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce FLORY ILEANA CASCANTE DE OLIVAS before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the Indictment, and to hold her at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where she is now confined.

SO ORDERED this ___ day of August, 2008.

~~JOHN L. KANE~~ KATHLEEN M. TAFOYA
~~SENIOR~~, UNITED STATES ~~DISTRICT~~ JUDGE
UNITED STATES DISTRICT COURT MAGISTRATE
DISTRICT OF COLORADO