IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-333-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

1. **FLORY ILEANA CASCANTE DE OLIVAS,**
   a/k/a Sandra Lee Marrufo-Mendoza

        Defendant.

---

# MINUTE ORDER
## SETTING TRIAL DATE AND OTHER DEADLINES

---

Judge John L. Kane **ORDERS**

All pretrial motions in this matter are due on or before **October 2, 2008;** responses to these motions are due **October 16, 2008**. It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and **Final Trial Preparation Conference** is set for **November 7, 2008, at 11:00 a.m.** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested. It is

FURTHER ORDERED that a **3-day jury trial** is set for **November 17, 2008 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated: September 11, 2008